NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BITGLASS, INC.,**
*Appellant*

**v.**

**NETSKOPE, INC.,**
*Appellee*

---

2023-1393

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2021-00091.

---

**ON MOTION**

---

**O R D E R**

The parties submit a "Joint Stipulation to Dismiss Appeal under Federal Rule of Appellate Procedure 42(b)(1)," which the court treats as a joint motion to dismiss this appeal.

Upon consideration thereof,

(1) The motion is granted. The appeal is dismissed.

2                                                BITGLASS, INC. V. NETSKOPE, INC.

(2)  Each side shall bear their own costs.


                                        FOR THE COURT

February 21, 2023
        Date                            /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court


**ISSUED AS A MANDATE:** February 21, 2023